UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 18 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JUDICIAL WATCH, INC., )
)
Plaintiff, )
)
v. ) Civil Case No. 15-1983 (RJL)
)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, )
)
Defendant. )

FILED
OCT 18 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER
(October 17, 2019)

Plaintiff Judicial Watch Inc. filed a two-count FOIA complaint against the United States Department of Homeland Security ("DHS") on November 10, 2015. *See* Compl. [Dkt. # 1]. Count One alleged DHS violated its FOIA obligations by unlawfully withholding records responsive to Judicial Watch's 19 FOIA requests relating to federally-funded "VIP travel." Compl. ¶¶ 8, 18-20. Count Two asserted that DHS has a "policy and practice of violating FOIA's procedural requirements in connection with the processing of [Judicial Watch's] requests and, in particular, of regularly failing or refusing to produce requested records or otherwise demonstrate that requested records are exempt from production within the time period required by FOIA or at least within a reasonable period of time." Compl. ¶ 22.

DHS moved for judgment on the pleadings with respect to Count II. On September 29, 2016, I granted DHS's motion and dismissed Judicial Watch's "policy and practice" claim. Mem. Opp. at 1-2 [Dkt. # 24]. Because DHS had produced all the responsive, non-

exempt documents requested by Judicial Watch, Count I no longer presented a live case or controversy, and I dismissed that claim for lack of subject matter jurisdiction. *Id.* Judicial Watch appealed. *See* Notice of Appeal [Dkt. # 27].[1] On July 17, 2018, the D.C. Circuit remanded Count II, concluding that Judicial Watch had adequately pleaded a "policy or practice" claim. *Judicial Watch, Inc. v. United States Dep't of Homeland Sec.*, 895 F.3d 770, 784 (D.C. Cir. 2018). The D.C. Circuit issued its mandate on December 18, 2018. *See* Mandate [Dkt. # 30]. Since then, the parties have filed no motions nor taken any other action in this matter.

Accordingly, upon due consideration of the entire record herein, it is hereby

**ORDERED** that the plaintiff shall show cause in writing within 30 days of this Order why the action should not be dismissed for failure to prosecute pursuant to Local Rule 83.23; and it is further

**ORDERED** that failure to file a timely response may result in dismissal.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

---

[1] Meanwhile, Judicial Watch filed a related complaint against DHS on May 6, 2016, asserting the same claims with respect to five additional travel-related FOIA requests. *Judicial Watch v. DHS*, 16-cv-863, Compl. ¶ 9. On March 31, 2017, I stayed that case pending resolution of the appeal in this case. On May 20, 2019—well after the D.C. Circuit remanded Count II in this case—DHS withdrew its pending motion to dismiss the "policy and practice" claim in *Judicial Watch v. DHS*, 16-cv-863, and filed an answer. *See* Dkt. # 9, 10. The parties have taken no action since.