IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendant. | Civil Action No. 15-cv-1983 (RJL) |

### JOINT STATUS REPORT

The parties to this Freedom of Information Act case respectfully respond to the Court's November 22, 2019 Minute Order directing them to submit a joint status report regarding any potential settlement, as follows.

On November 18, 2019, Plaintiff's counsel e-mailed a settlement proposal to Defendant's counsel. On December 11, 2019, counsel for the parties discussed Plaintiff's proposal and a potential counter-proposal. Counsel for the parties have subsequently engaged in settlement talks that have been productive. The parties therefore believe that continued negotiations are warranted and may result in a settlement of the remaining claim in this case. Toward that end, the parties propose to submit a status report by February 20, 2020, updating the Court on their settlement efforts, if this matter has not been settled and dismissed by then.

| | |
|---|---|
| Dated: December 19, 2019 | Respectfully submitted, |
| | |
| | JOSEPH H. HUNT |
| /s/ *Lauren M. Burke* | Assistant Attorney General |
| Lauren M. Burke | |
| DC Bar No. 1028811 | MARCIA BERMAN |
| JUDICIAL WATCH, INC. | Assistant Director, Federal Programs Branch |
| 425 Third Street, S.W., Suite 800 | |
| Washington, DC 20024 | |
| (202) 646-5172 | /s/ *Kenneth E. Sealls* |
| lburke@judicialwatch.org | KENNETH E. SEALLS, D.C. Bar #400633 |
| | Trial Attorney |
| Counsel for Plaintiff | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W., Rm. 11520 |
| | Washington, D.C. 20005 |
| | (202) 305-1953 (telephone) |
| | (202) 616-8460 (facsimile) |
| | Kenneth.Sealls@usdoj.gov |
| | |
| | Counsel for Defendant |