**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. 15-cv-1983 (RJL) |
| ) | 16-cv-863 (RJL) |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

In light of Defendant's implementation of its new, electronic "Travel Expense Information System" and its more timely responses to Plaintiff's recent FOIA requests, as explained in Defendant's Motion for Summary Judgment, ECF No. 36, Plaintiff is satisfied that Defendant has taken steps to address the concerns raised in the Complaint, and, accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of these actions, each party to bear its own attorney's fees and costs.

Dated: June 12, 2020                     Respectfully submitted,

                                          JOSEPH H. HUNT
/s/ *Lauren M. Burke*                     Assistant Attorney General
Lauren M. Burke
DC Bar No. 1028811                        MARCIA BERMAN
JUDICIAL WATCH, INC.                      Assistant Director, Federal Programs Branch
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172                            /s/ *Kenneth E. Sealls*
lburke@judicialwatch.org                  KENNETH E. SEALLS, D.C. Bar #400633
                                          Trial Attorney
Counsel for Plaintiff                     U.S. Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, N.W., Rm. 11520
                                          Washington, D.C. 20005
                                          (202) 305-1953 (telephone)
                                          (202) 616-8460 (facsimile)

Kenneth.Sealls@usdoj.gov

Counsel for Defendant